IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

GARRGANNTUAN VENTURES, LLC,
d/b/a SCATZ SPORTS BAR AND
NIGHTCLUB and SCOTT PIERNOT,

    Plaintiffs,

v.

CITY OF MIDDLETON, BRAD KEIL and
NOEL KAKUSKE,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-536-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants City of Middleton, Brad Keil and Noel Kakuske against plaintiffs Garrganntuan Ventures, LLC, d/b/a Scatz Sports Bar and Nightclub and Scott Piernot GRANTING defendants' motion for summary judgment.

_____    JUL -9 2012
Peter Oppeneer, Clerk of Court            Date